**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OCTAVIO JAMAL HENDERSON,<br><br>   Plaintiff,<br><br>  v.<br><br>BAKERSFIELD POLICE DEPARTMENT,<br><br>   Defendant. | Case No.: 1:21-cv-01771-DAD-JLT<br><br>ORDER DIRECTING PLAINTIFF TO PAY THE FILING FEE OR FILE A MOTION TO PROCEED IN FORMA PAUPERIS |

   Plaintiff initiated an action by filing a complaint on December 15, 2021. However, Plaintiff did not pay the filing fee or file a motion to proceed in forma pauperis. As a general rule, all parties instituting any civil action or proceeding in a United States District Court must pay a filing fee. 28 U.S.C. § 1915(a). The Court may authorize the commencement of an action without the filing fee "by a person who submits an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefore." 28 U.S.C. § 1915(a)(1). Therefore, an action may proceed despite a failure to prepay the filing fee only if leave to proceed in forma pauperis is granted by the Court. *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

   Because Plaintiff failed to pay the requisite filing fee or to file an affidavit concerning his finances under oath with a request to proceed in forma pauperis, the matter cannot proceed before the Court at this time. Accordingly, the Court **ORDERS**:

   1.  Plaintiff **SHALL** pay the filing fee within 21 days of service of this order, *or* Plaintiff

1 **SHALL** file a motion to proceed in forma pauperis within 21 days of service.

2     2.    The Clerk of Court is directed to return the documents previously submitted and provide a copy of the Court's application form for parties to proceed in forma pauperis.

Plaintiff is advised that failure to comply with this order may result in dismissal of this action pursuant to Local Rule 110.

IT IS SO ORDERED.

    Dated:   **December 15, 2021**           **/s/ Jennifer L. Thurston**
                                                        CHIEF UNITED STATES MAGISTRATE JUDGE