UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIO JAMAL HENDERSON, | Case No.: 1:21-cv-1771 DAD JLT |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| BAKERSFIELD POLICE DEPARTMENT, | |
| Defendant. | |

Octavio Henderson seeks to proceed *in forma pauperis* in this action, in which he asserts his civil rights were violated by the Bakersfield Police Department. (Doc. 3.) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). Plaintiff completed an application and affidavit on December 22, 2021. (Doc. 3.) However, the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

In the application, Plaintiff reports that he is not currently employed and has no income.[1] (Doc. 3 at 1-2.) Plaintiff indicates that he does not have any cash, money in a checking or savings account, stocks, bonds, other financial instruments, an autobile, "or any other thing of value." (*Id.* at

---

[1] Notably, Plaintiff failed to complete the section regarding the date of his last employment and salary received at the time. (Doc. 3 at 1.)

1

2.) Consequently, the Court is unable to determine how Plaintiff is supporting himself, or if he is dependent upon another individual who would be able to pay the filing fee. Therefore, Plaintiff is **ORDERED** to file, within twenty-one days of this order, an application that includes additional information regarding his monthly expenses.  Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*.  Plaintiff is warned that failure to comply with this order may result in denial of the application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: **December 27, 2021**         _ **/s/ Jennifer L. Thurston**
                                          CHIEF UNITED STATES MAGISTRATE JUDGE