# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIO JAMAL HENDERSON,<br><br>Plaintiff,<br><br>v.<br><br>BAKERSFIELD POLICE DEPARTMENT,<br><br>Defendant. | Case No. 1:21-cv-01771-DAD-BAK<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION<br><br>(ECF No. 5)<br><br>TWENTY-ONE DAY DEADLINE |

Plaintiff Octavio Jamal Henderson, proceeding *pro se*, initiated this civil action on December 15, 2021. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 3.) On December 28, 2021, the Court directed Plaintiff to file an amended motion to proceed *in forma pauperis*, on the basis that Plaintiff did not fully complete each section of the application and the Court was therefore unable to determine how Plaintiff was supporting himself, or if he was dependent upon another individual who would be able to pay the filing fee. (ECF No. 4.) On January 3, 2022, Plaintiff filed an amended motion to proceed *in forma pauperis*. (ECF No. 5.)

However, the Court notes Plaintiff, again, has not fully completed the form. With respect to the question regarding Plaintiff's former employment (question 1), for example, Plaintiff fails

to provide a complete response to the question's prompt to "state the date of your last employment, the amount of your take-hone salary or wages and pay period and the name and address of your last employer" because Plaintiff does not identify the amount of salary or wages or pay period from his last employer. (Id. at 1.) Similarly, regarding Question 2, which requires an accounting of various sources of income, Plaintiff indicates he received SSI/Disability payments, but he does not describe the source of money or state the amount received and/or the amount he expects to continue to receive, as required. (Id.) Thus, it appears Plaintiff's application was not sufficiently completed for the Court to determine if he is entitled to proceed in this action without prepayment of fees.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 5) is DENIED without prejudice;

2. The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;

3. Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) file a long form application to proceed *in forma pauperis* without prepayment of the fee; and

4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **January 18, 2022**

UNITED STATES MAGISTRATE JUDGE