UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIO JAMAL HENDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BAKERSFIELD POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-01771-DAD-BAK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM<br><br>(Doc. No. 14) |

Plaintiff Octavio Jamal Henderson, proceeding *pro se*, initiated this civil action on December 15, 2021. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Following two screenings and the granting of leave to amend, on April 8, 2022, plaintiff filed a second amended complaint. (Doc. No. 13.) On April 15, 2022, the magistrate judge screened plaintiff's second amended complaint and issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to state a cognizable claim. (Doc. No. 14.) On May 2, 2022, plaintiff filed objections to the findings and recommendations. (Doc. No. 15.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

1

*de novo* review of the case.  Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

    Accordingly:

1. The findings and recommendations issued on April 15, 2022 (Doc. No. 14) are adopted in full;
2. This action is dismissed due to plaintiff's failure to state a cognizable claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   August 30, 2022

UNITED STATES DISTRICT JUDGE